371 A.2d 1297

Commonwealth v. Gedid, Appellant.

 Argued November 8, 1976. John H. Corbett, Jr., Trial Defender, with

him Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.